# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**RAFAEL E. RIVAS-LOPEZ**                                                                **PETITIONER**
Reg #16285-179

VS.                    CASE NO.: 2:15CV00059 JM/BD

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner Rafael E. Rivas-Lopez's petition for writ of habeas corpus (#1) is DISMISSED, without prejudice, this 29th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE